# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF TENNESSEE
# WESTERN DIVISION

| | |
|---|---|
| JOSE FLORES & MARGARITAS GROUP, | ) ) ) ) |
| Plaintiffs, | ) ) |
| v. | ) Case No. 2:23-cv-02567 ) ) |
| SYSCO MEMPHIS, LLC, | ) ) ) |
| Defendant. | ) ) ) |

## JUDGMENT

**JUDGMENT BY COURT.** This action having come before the Court on Parties' Stipulation of Dismissal, filed on November 22, 2024 (ECF No. 18), and the Court having entered an Order of Dismissal, (ECF No. 19),

This matter having now been resolved, **IT IS THEREFORE ORDERED, ADJUDGED AND DECREED** that this cause is Dismissed with Prejudice. (See id.)

**SO ORDERED** this 25th day of November, 2024.

/s/ Jon P. McCalla
JON P. MCCALLA
UNITED STATES DISTRICT JUDGE